1
2
3
4
5
6
7

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:13-bk-01251-RJH |
| SCOTT ROSS AXELROD, | (Chapter 13) |
|     Debtor. | |
| BAXTER CREDIT UNION, | |
|     Movant, | |
| v. | |
| SCOTT ROSS AXELROD; EDWARD J. MANEY, in his capacity as Trustee, | |
|     Respondents. | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**
**RE: REAL PROPERTY LOCATED AT**
**18425 NORTH 94TH WAY, SCOTTSDALE, ARIZONA**

Baxter Credit Union ("Movant") having filed a Motion for Relief from the Automatic Stay re: Real Property Located at 18425 North 94th Way, Scottsdale, Arizona ("Motion") owned by Debtor Scott Ross Axelrod ("Debtor"); Debtor having filed an objection to the Motion and the relief requested; the matter having come on for hearing before the Court

1 | on May 1, 2013; the Court having considered the argument of the parties and all matters of
2 | record including the Debtor's Schedules and Statements, and good cause appearing therefor,
3 | THE COURT HEREBY FINDS that:
4 | A. Movant alleges that it has a properly perfected lien on certain real
5 | property located in Maricopa County, Arizona more commonly known as 18425 North 94th
6 | Way, Scottsdale, Arizona ("Property") and legally described as follows:

> Lot 17, of FINAL PLAT FOR DC RANCH PARCEL 1.14, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 657 of Maps, page 18 and Certificate of Correction recorded as 2004-0067232, of Official Records
>
> EXCEPT all coal and other minerals as reserved in the patent to said land

B. Movant alleges that the obligation owing to Movant for which the Property is security is in monetary default.

C. Debtor conceded in open court that Debtor has failed to make any payments on the obligation that the Property secures since before this case was filed.

D. Debtor has failed to adequately protect Movant's security interest.

Based on the foregoing, IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362(a) is hereby terminated as to Movant, Debtor, Debtor's bankruptcy estate, and the Property; and Movant may proceed to exercise all available rights and remedies to foreclose its interest in the Property and to obtain possession of the Property, subject to the 14-day stay of Rule 4001(a)(3), *Federal Rules of Bankruptcy Procedure*.

2. This Order is without prejudice to any additional rights Movant may have under Title 11 of the United States Code.

**SO ORDERED,
(Signed and Dated above)**