Edward J. Maney, Esq. AZ Bar#12256
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| SCOTT ROSS AXELROD | ) | Case No. 13-01251-PHX-RJH |
| | ) | |
| | ) | |
| | ) | DISMISSAL ORDER |
| Debtor(s) | ) | |
| _____ | ) | |

The Trustee, having notified the Court that the debtor(s) has/have failed to file as required by the Chapter 13 Procedures Order entered in the case and the Trustee's Recommendation, the Court finds cause for dismissing the case pursuant to 11 U.S.C. 1307[C](1) as follows:

Pursuant to the Trustee's Recommendation entered April 19, 2013, docket #27, Debtor(s) failed to resolve any/all items in the Recommendation, bring and keep Plan payments current and submit the Stipulated Order as required on or before May 19, 2013. **Debtor is currently delinquent $**2,340.00, **with another Plan payment of $**780.00, **due on** 6/28/13, **.** Trustee notes that no Motions to Extend Time appear on the Court's Docket.

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed Reinstatement Order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the debtor(s)' motion. The Court may set a hearing on the debtor(s)' motion to reinstate on the request of an interested party who had joined the Trustee's

request for dismissal;

(C) Pursuant to 28 U.S.C. 586(e)(2), the Trustee shall be paid his percentage fee from all payments received from the debtor(s);

(D) After payment of the Trustee's percentage fee, the Trustee will retain the debtor(s') funds pending Court approval of the payment of administrative expenses of the debtor(s') Attorney. If the debtor(s') Chapter 13 Plan contained an Application for the Payment of Administrative Expenses to the debtor(s') Attorney and no party filed an objection to the Application, then the debtor(s') Attorney may lodge an Order approving the Application within ten days after the Court enters this Dismissal Order. Alternatively, the debtor(s') Attorney has ten days from the Court entering this Dismissal Order to file a separate fee application;

(E) If the Court previously entered a Payroll Deduction Order on one or both of the debtor(s') wages, then the Court vacates that Order; and

(F) Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings to this case are vacated.

Dated:_____

_____
United States Bankruptcy Judge

Lodged with the Court and mailed on
<u>See Electronic Signature Block</u> to:



SCOTT ROSS AXELROD
18425 N 94TH WAY
SCOTTSDALE, AZ 85255
Debtor(s)


Pro-se Case
Phoenix AZ 85067-
Debtor(s') Counsel


By:_____
        Clerk